# EXHIBIT B

# PAIN AND SUFFERING OF _DISABLED, NAVY VETERAN, BRUCE E. CHAFFEE

## COMPLAINT FOR A CIVIL CASE

**III. STATEMENT OF CLAIM**

#1. ON JANUARY 31, 2018, DANIEL JOUBERT AND BRUCE E. CHAFFEE, PURCHASED A 2017 FORD FUSION, VIN #3FA6POD92HR22634.

#2. ON FEBRUARY 25, 2018, BRUCE E. CHAFFEE TOOK A FALL IN PARKING LOT LOCATED IN FRONT OF DOLLAR TREE STORE, IN AGAWAM, MA.

#3. BECAUSE OF BRUCE'S ACCIDENT, WE LOST OVER $2,000.00 OF MONTHLY INCOME TO OUR HOUSEHOLD.

#4. DANIEL JOUBERT AND BRUCE CHAFFEE CONTACTED THE LAW OFFICES OF LOUIS S. ROBIN, LOCATED AT 1200 CONVERSE STREET, LONGMEADOW, MA, 01109.

#5. WE HAD ATTORNEY LOUIS S. ROBIN FILE BANKRUPTCY CHAPTER 7, on our behalf, on 8/6/18.

#6. ON AUGUST 24, 2018, BETWEEN THE HOURS OF 2:00 a.m. and 5:00 a.m., JP MORGAN CHASE BANK HIRED A RECOVERY ZONE LOCATED IN SPRINGFIELD, MA. PHONE #413-731-9663.

#7. JP MORGAN CHASE BANK, AND RECOVERY ZONE VIOLATED A UNITED STATES BANKRUPTCY JUDGE, ELIZABETH D. KATZ, BANKRUPTCY PROTECTION ORDER, COVERING OUR 2017 FORD FUSION, VIN #A61POD92HR225634. RECOVERY ZONE PHONE #413-731-9663.

**#8. JP MORGAN CHASE BANK AND RECOVERY ZONE, TRESPASSED ON DANIEL JOUBERT AND BRUCE CHAFFEE'S PROPERTYY, LOCATED AT 29 NORTHUMBERLAND STREET, SPRINGFIELD, MA 01109.**

**ON AUGUST 24, 2018, THEY REMOVED THEIR 2017 FORD FUSION FROM OUR DRIVEWAY AND TOWED THE CAR TO THE RECOVERY ZONE, LOCATED IN SPRINGFIELD, MA.**

**#9. ON AUGUST 28, 2018, DANIEL J. JOUBERT, of 29 NORTHUMBERLAND STREET IN SPRINGFIELD, MA 01109, RECEIVED A LETTER FROM JP MORGAN CHASE BANK, N.A., SECURED PARTY.**

**#10. ACCOUNT ENDING IN: 0105, VEHICLE 2017 FORD FUSION, VIN # 3FA6POD92HR225634. AGREEMENT DATE; JAN. 31, 2018, LETTER ENCLOSED LISTED UNDER EXHIBIT C.**

**#11. NOTICE OF PLAN TO SELL PROPERTY. DEAR DANIEL J. JOUBERT, WE HAVE YOUR 2017 FORD FUSION, 3FA6POD92HR225634 ('THE VEHICLE"), BECAUSE YOU BROKE PROMISES IN OUR AGREEMENT. WE WILL SELL THE VEHICLE AT A PRIVATE SALE, SOMETIME AFTER 9/19/18.**

**#12. I, DANIEL JOUBERT, CONTACTED MY ATTORNEY, LOUIS S. ROBIN, ATTORNEY LOUIS S. ROBIN CONTACTED THE RECOVERY ZONE, PHONE # 413-731-9663. ATTORNEY ROBIN SAID TO THE RECOVERY ZONE, YOU PEOPLE ARE VIOLATING A UNITED STATES BANKRUPTCY JUDGE'S ELIZABETH D. KATZ, BANKRUPTCY PROTECTION ORDER!**

**#13. 'I AM SENDING MY CLIENT, DANIEL JOUBERT, AND BRUCE CHAFFEE DOWN THERE! IF YOU DO NOT RELEASE THEIR VEHICLE, I WILL CONTACT THE FBI AND ISSUE A WARRANT FOR YOUR ARRESTS!"**

#14. DANIEL JOUBERT AND BRUCE CHAFFEE WENT TO THE RECOVERY ZONE. THEY BUZZED US IN. WE ENTERED A SMALL HALLWAY WITH A SECURITY WINDOW. THEY ASKED FOR A VIN NUMBER AND MY SOCIAL SECURITY NUMBER. THEY RELEASED VEHICLE VIN #3FA6POD92HR225634 2017 ford fusion.

#15. ON MARCH 01, 2019, DANIEL JOUBERT AND BRUCE CHAFFEE RECEIVED A LETTER FROM CHASE JP MORGAN .

#16. ACCOUNTNUMBER ENDING 0105, BALANCE: $35,750.41. ACTION NEEDED. PLEASE PAY YOUR ACCOUNT BALANCE OR CALL US CHASE LETTER DATED 3/1/2019 IS ENCLOSED UNDER EXHIBIT D.