# EXHIBIT C

# JP MORGAN CHASE BANK LETTER

# NOTICE OF OUR PLAN TO SELL PROPERTY

# CHASE ◯

JPMorgan Chase Bank, N.A., Secured Party
P.O. Box 901060
Ft Worth, TX 76101-2060

**Questions?**
📞 1-888-895-1728
TTY 1-800-524-9765

03906 ICF 602 040 24018 NNNNNNNNNNNN CM6245
DANIEL J JOUBERT
29 NORTHUMBERLAND ST
SPRINGFIELD MA 01109

August 28, 2018

**Account Ending in:** 0105
**Vehicle:** 2017 Ford Fusion 3FA6P0D92HR225634
**Agreement Date:** January 31, 2018

## NOTICE OF OUR PLAN TO SELL PROPERTY

Dear Daniel J Joubert:

We have your 2017 Ford Fusion 3FA6P0D92HR225634 (the "Vehicle"), because you broke promises in our agreement.

We will sell the Vehicle at a private sale sometime after 09/19/2018.

The money that we get from the sale (after paying our costs) will reduce the amount you owe. If we get less money than you owe, you will still owe us the difference.[1] If we get more money than you owe, you will get the extra money, unless we must pay it to someone else.

You can get the Vehicle back at any time before we sell it by paying us the full amount you owe (not just the past due payments), including our expenses.[2] To learn the exact amount you must pay, call us at the number provided below, Monday through Friday from 8 a.m. to 9 p.m. Eastern Time.

If you want us to explain to you in writing how we have figured the amount that you owe us, you may call us at the number provided below or write us at the following correspondence address and request a written explanation:

> Chase Auto Finance
> PO Box 901076
> Ft. Worth, TX 76101-2076

If you need more information about the sale, call us at 1-888-895-1728 or write us at the following correspondence address:

> Chase Auto Finance
> PO Box 901076
> Ft. Worth, TX 76101-2076

We are sending this notice to the following other people who have an interest in the Vehicle or who owe money under your agreement: Bruce E Chaffee.

---

[1] State law requires we apply the greater of the actual sales proceeds and the Vehicle's fair market value to reduce (or cancel in some cases) your obligation.

[2] You may be eligible to get the Vehicle back by reinstating the agreement. If you would like additional information, call